UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BULK TRADING SA,

                Plaintiff,

     - against -

CROWNLAND INTERNATIONAL CO., LTD.,

                Defendant.

Case No. 09 CV 1833 **(LBS)**

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff now voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure,.

New York, New York
October 1, 2009

                        SEWARD & KISSEL LLP

By: _____
          Bruce G. Paulsen (BP 9563)
          One Battery Park Plaza
          New York, New York 10004
          (212) 574-1200

*Attorneys for Plaintiff Bulk Trading SA*

SK 26598 0001 1033907